

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00383-CV

| | | |
|---|---|---|
| COMMISSIONERS COURT OF WISE COUNTY, TEXAS; AND DANNY WHITE, COUNTY COMMISSIONER, PRECINCT ONE, WISE COUNTY, TEXAS, | § | On Appeal from the 271st District Court |
| | § | of Wise County (CV18-06-475) |
| | § | |
| Appellants | § | |
| V. | § | April 20, 2023 |
| KATHERINE MASTROPIERO, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this court's opinion.

It is further ordered that appellee Katherine Mastropiero shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
    Justice Dana Womack